IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00048-MSK-KLM

DALE P. ARMELIN,

    Plaintiff,

v.

PATRICK R. DONAHUE, Postmaster General, United States Postal Service,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 4 - 2011

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. Accordingly,

IT IS HEREBY **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant. If unable to do so, the United States Marshal shall serve a copy of the Complaint [Docket No. 1], summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendant at the above addresses. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that Defendant or his counsel shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on him.

DATED: April 4, 2011 at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Kristen L. Mix
                                        Kristen L. Mix
                                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-00048-MSK-KLM

Dale P. Armelin
8901 Brighton Road
Commerce City, CO 80022

Patrick R. Donahue, Postmaster General- **CERTIFIED**
United States Postal Service
475 L'Enfant Plaza SW
Washington, D.C. 20260

United States Postal Service - **CERTIFIED**
Dominion Plaza
600 17th St., Ste 1705-S
Denver, CO 80202

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the The United States Attorney General; to the United States Attorney's Office and to Partick R. Donahue, Postmaster General: TITLE VII COMPLAINT FILED 01/07/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on April 4, 2011.

                                                      GREGORY C. LANGHAM, CLERK

                                                      By:_____
                                                                 Deputy Clerk