IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00048-MSK-KLM

DALE P. ARMELIN,

    Plaintiff,

v.

PATRICK R. DONAHUE, Postmaster General, United States Postal Service,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion Demanding a Jury** [Docket No. 26; Filed July 8, 2011] (the "Motion").  As an initial matter, the Motion does not comply with D.C.COLO.LCivR 7.1A., which provides as follows: "The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter.  **The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule**."  Plaintiff has neither stated Defendant's position with regard to the Motion nor explained his efforts to confer with Defendant before filing the Motion.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

    Moreover, the Court notes that Plaintiff is not required to file a motion to preserve his right to a jury trial.  Fed. R. Civ. P. 38(b) provides that "a party may demand a jury trial by serving the other parties with a written demand – which may be included in a pleading – no later than 14 days after the last pleading directed to the issue is served."  In this case, Plaintiff filed his Complaint [Docket No. 1] on January 7, 2011.  Defendant responded by filing a Motion for a More Definite Statement [Docket No. 19] on June 3, 2011.  The deadline for Plaintiff to respond to the Motion for a More Definite Statement was June 27, 2011.  Plaintiff has not yet responded, and the Motion for a More Definite Statement remains pending before District Judge Marcia S. Krieger.  If Judge Krieger grants the motion, Plaintiff will be required to amend his Complaint, and he will then have the opportunity to include a jury demand.  If Judge Krieger denies the motion, Defendant will

be required to answer the Complaint, and Plaintiff will have the opportunity to serve a jury demand within fourteen days after Defendant files his answer.  Thus, in either situation, Plaintiff will have an opportunity to demand a jury in accordance with Fed. R. Civ. P. 38 without filing a motion.

Dated:  July 12, 2011