IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00048-MSK-KLM

DALE P. ARMELIN,

    Plaintiff,

v.

PATRICK R. DONAHUE, Postmaster General, United States Postal Service,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Accept Discovery from EEOC Case No. 541-2007-00084X; Agency Case No. 4E-800-0247-06** [Docket No. 30; Filed July 11, 2011] (the "Motion").  Plaintiff requests that "all of the discovery from the EEOC case upon which this suit is based be accepted for the purposes of discovery in this case." *Motion* [#30] at 1.  Although Plaintiff's specific request for relief is unclear, it relates to discovery and is therefore premature.  A Scheduling Conference is set for September 12, 2011 at 9:30 a.m.  No discovery may take place before this Conference.  At the Conference, Plaintiff may address any concerns he has about making the EEOC's administrative record part of the record in this case.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    Dated:  July 13, 2011