IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00048-MSK-KLM

DALE P. ARMELIN,

    Plaintiff,

v.

PATRICK R. DONAHUE, Postmaster General, United States Postal Service,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Vacate Scheduling Conference** [Docket No. 47; Filed September 7, 2011] ("the Motion"). The Motion is unopposed.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for September 12, 2011 at 9:30 a.m. is **vacated**. A scheduling conference will be reset, if necessary, after resolution of Plaintiff's Motion Requesting Administrative Closure Under Local Rule 41.2 [Docket No. 46].

    Dated: September 7, 2011