IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00048-MSK-KLM

DALE P. ARMELIN,

    Plaintiff,

v.

PATRICK R. DONAHUE, Postmaster General, United States Postal Service,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion Requesting Administrative Closure Under Local Rule 41.2** [Docket No. 46; Filed September 2, 2011] (the "Motion"). The Motion is unopposed.  Plaintiff asks the court for administrative closure of the case for 180 days, "subject to reopening for good cause."  On September 9, 2011, District Judge Marsha S. Krieger entered an Order deeming the Motion a request for a 180-day stay of this matter [Docket No. 51].

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that this matter is **STAYED** through **March 10, 2012**.

    IT IS FURTHER **ORDERED** that Plaintiff shall submit a status report to the court by **March 20, 2012**, stating whether he intends to proceed with this litigation.

    Dated:  September 12, 2011