IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00048-MSK-KLM

DALE P. ARMELIN,

    Plaintiff,

v.

PATRICK R. DONAHOE, Postmaster General, United States Postal Service,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Quash Subpoenas** [Docket No. 125; Filed September 13, 2013] (the "Motion to Quash") and on Plaintiff's **Motion to Compel Pursuant to F.R.C.P. Rule 37** [Docket No. 127; Filed September 16, 2013) (the "Motion to Compel").  These two Motions are essentially cross-motions.  Defendant seeks to quash subpoenas seeking production of documents from various entities, while Plaintiff, who proceeds in this lawsuit as a *pro se* litigant, seeks to compel the production of these documents.  Between August 10, 2013 and August 13, 2013, Plaintiff served or attempted to serve a large number of subpoenas on the United States Postal Service, the U.S. Postal Service, the National Association of Letter Carriers, and the EEOC (San Francisco District Office).  *See* [##106-124].  On September 13, 2013, Defendant filed the present Motion to Quash seeking to quash these subpoenas on a variety of grounds, including the fact that the discovery deadline passed on July 15, 2013, approximately a month before Plaintiff served any of these subpoenas.  *See Minute Order* [#95] (setting scheduling deadlines in this case).  Plaintiff's attempt to obtain discovery is therefore untimely and the subpoenas should be quashed.  *See Murray v. Crawford*, No. 08-cv-02045-KMT-KLM, 2009 WL 1600682, at *1-2 (D. Colo. June 4, 2009) ("The defendant's use of the subpoena to attempt to obtain discovery outside the discovery period is a transparent attempt to thwart the discovery deadlines set forth in the Scheduling Order.").  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion to Quash [#125] is **granted**.

    IT IS FURTHER **ORDERED** that the Motion to Compel [#127] is **denied**.

    Dated:  October 2, 2013