IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00048-MSK-KLM

DALE P. ARMELIN,

    Plaintiff,

v.

PATRICK R. DONAHUE, Postmaster General, United States Postal Service,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion by the United States to Withdraw Mustafa Hersi as Counsel and Terminate CM/ECF Notices to Mr. Hersi** [#142] (the "Motion to Withdraw"), filed by Attorney Mustafa Hersi ("Hersi"), counsel for Defendant, and on Plaintiff's **Motion for Reconsideration/Rehearing of Court Order Pursuant to D.C.COLO.LCivR 7.1(A) and (C) et. seq.** [#144] (the "Motion to Reconsider").

    IT IS HEREBY **ORDERED** that the Motion to Withdraw [#142] is **GRANTED**. Attorney Hersi is relieved of any further representation of Defendant in this case. The Clerk of the Court is instructed to terminate Attorney Hersi as counsel of record, and to remove his name from the electronic certificate of mailing. Defendant shall continue to be represented by Attorneys Jamie L. Mendelson and Timothy B. Jafek.

    IT IS FURTHER **ORDERED** that the Motion to Reconsider [#144] is **DENIED without prejudice** for failure to comply with D.C.COLO.LCivR 7.1A. Although Plaintiff quotes the conferral language of Local Rule 7.1A., *see* [#144] at 6, Plaintiff does not inform the Court that he has conferred with opposing counsel regarding his request and whether opposing counsel is opposed or unopposed to the relief sought. The Motion may be denied on this basis alone.

    Dated: November 14, 2013