**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                    Date: March 4, 2014
Court Reporter:       Terri Lindblom

Civil Action No. 11-cv-00048-MSK-KLM

*Parties*:                                          *Counsel Appearing:*

DALE P. ARMELIN,                                   Dale P. Armelin, *Pro Se*

          Plaintiff,

v.

PATRICK R. DONAHOE, Postmaster General, United     Jamie Meldelson
States Postal Service.                             Timothy Jafek

          Defendant.

---

**COURTROOM MINUTES**

---

HEARING:    Final Pretrial Conference.

**1:12 p.m.      Court in session.**

Parties are present.  Dynell Tadlock is present as defendant's representative.

The Court advises the parties that the case is not trial ready.

Oral findings are made of record and incorporated herein.

**ORDER:**      Plaintiff's Motions to Amend/Modify (**Doc. #153, #154**) and Motion for Order
(**Doc. #158**) are all denied as **MOOT**.

**ORDER:**      Effective today, the Court appoints counsel to represent the plaintiff.  An order
for appointment and selection of counsel will be within 14 days of today's date.
Within three (3) days of appointment, that attorney will perform a conflicts check

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

to verify that there is no conflict of interest in representing the plaintiff.  The attorney will be appointed solely for the purpose of preparing for and conducting the trial.

**ORDER:**  Forty-Five (45)  days from today's date (4/18/14), counsel shall jointly contact chambers for a trial date and make any amendments to the final pretrial order, including witness and exhibit lists as appropriate.

**1:39 p.m.**  **Court in recess.**

**Total Time:  27 minutes.**
**Hearing concluded.**