## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-CV-00048-MSK-~~KLM~~ M JW

DALE P. ARMELIN, Individually,

      Plaintiff,

v.

PATRICK R. DONAHOE, Postmaster General, United States Postal Service,

      Defendant.

---

## ORDER REGARDING UNOPPOSED MOTION TO
## WITHDRAW AS COUNSEL FOR DALE P. ARMELIN (Docket no 199)

---

THIS MATTER comes before the Court on Plaintiff's counsel's Unopposed Motion to

Withdraw as Counsel for Dale P. Armelin.  The Court, being fully apprised of the relevant facts,

FINDS that there is good cause shown for Plaintiff's counsel's Unopposed Motion to

Withdraw.

THEREFORE, this Court ORDERS that the Motion be and the same hereby is

GRANTED and, effective as of the date of this Order, Kenzo Sunao Kawanabe, Benjamin B.

Strawn, Natalie Elizabeth West, Terry R. Miller, and Davis Graham & Stubbs LLP are deemed

withdrawn from this case.

DATED: September 12TH, 2014      BY THE COURT:

                                  MICHAEL J. WATANABE
                                  U.S. MAGISTRATE JUDGE
                                  DISTRICT OF COLORADO